UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY A. DAY, on behalf of himself and
All others similarly situated,

    Plaintiff,

v.                                              Case No. 8:22-cv-0058-KKM-SPF

GEICO GENERAL INSURANCE
COMPANY; 21st CENTURY CENTENNIAL
INSURANCE COMPANY,

    Defendants.
_____

## ORDER

The Court has been advised by a Notice of Settlement, (Doc. 19), that the parties settled this action. Accordingly, consistent with Local Rule 3.09(b), the Court **dismisses** this case **without prejudice,** subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on March 7, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge