UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY A. DAY, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.                                                 Case No. 8:22-cv-0058-KKM-SPF

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.
_____

## ORDER

The Court has been advised by a Notice of Settlement, (Doc. 48), that Plaintiff Roy Day has settled his claims against Defendant 21st Century Centennial Insurance Company. *See* Local Rule 3.09(b). Accordingly, the Court orders that all Plaintiff's claims against 21st Century are **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, Plaintiff or 21st Century may submit a stipulated final order or judgment or—upon good cause—move to reopen the action. After that 30-day period, dismissal shall be **with prejudice**.

The Clerk is directed to terminate 21st Century Centennial Insurance Company, as a Defendant to this action. The case remains open as between Plaintiff and the other defendants.

**ORDERED** in Tampa, Florida, on June 15, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge