UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY A. DAY, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                Case No: 8:22-cv-0058-KKM-SPF

21st CENTURY CENTENNIAL
INSURANCE COMPANY,
et al.,

    Defendants.
_____

## ORDER

    After the Court terminated or dismissed all the defendants in this action except Defendant 21st Century Centennial Insurance Company, the Court gave Plaintiff Roy Day one opportunity to file an amended complaint against 21st Century to remedy the deficiencies that the Court identified in its prior orders. (Doc. 39.) In response, Day promptly filed an Amended Complaint against Defendant 21st Century Centennial Insurance Company *and* against the already-dismissed Defendants Geico General Insurance Company, Donald Trump, and William Barr. (Doc. 42.)

Previously, this Court terminated Defendants Trump and Barr as fraudulently joined. (Doc. 18.) The Court also dismissed Geico from the action given Day's failure to timely serve Geico under Federal Rule of Procedure 4(m) or show good cause for an extension despite the Court's prior notice. (Doc. 39.) For the same reasons, the Court again terminates these defendants from the docket.

On June 15, 2022, following a notice of settlement filed by 21st Century, the Court entered an order dismissing Day's claims against 21st Century without prejudice. (Doc. 49.) Because neither Day nor 21st Century moved to reopen the action in the 30 days after the Court entered that order, the Court's dismissal of Day's claims against 21st Century became with prejudice.

In the absence of any remaining defendants or live claims, the Clerk is directed to **TERMINATE** any pending motions and deadlines and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on August 22, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**